IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-60832
Conference Calendar

_____

KOURTNEY DANTE BYNUM,

Plaintiff-Appellant,

versus

BOLIVAR COUNTY SHERIFF'S DEPARTMENT;
H. M. "MACK" GRIMMETT;
CHARLES ANDERSON; WILLIE DISON,

Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 2:97-CV-103
- - - - - - - - - - -
October 22, 1998

Before POLITZ, Chief Judge, and WIENER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Kourtney Dante Bynum (Mississippi prisoner # 57301) appeals the dismissal of his civil rights complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). Bynum argues that because his appointed counsel failed to provide effective assistance of counsel, he was required to have access to a law library while he was a pretrial detainee at the Bolivar County Jail. Given that Bynum was represented by appointed counsel and that an ineffective-

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

assistance-of-counsel claim is barred by <u>Heck v. Humphrey</u>, 512 U.S. 477, 486 (1994), the district court did not abuse its discretion in dismissing Bynum's action as frivolous.  <u>Norton v. Dimazana</u>, 122 F.3d 286, 291 (5th Cir. 1997); <u>Bounds v. Smith</u>, 430 U.S. 817, 830-31 (1977).

The judgment of the district court is AFFIRMED.